Schedule – Post Petition Debts Rule 1019

Anthony Mondragon & Lisa Grimshaw  10-46631

ECMC
PO Box 64909
Saint Paul MN 55164-0909                                              $1,000.00

Northshore University Healthsystems
c/o Pinnacle Management Services
514 Market Loop, Suite 103
West Dundee IL 60118                                                    $419.00