Schedule – Post Petition Debts Rule 1019

Anthony Mondragon & Lisa Grimshaw  10-46631

| | |
|---|---|
| Advocate Home Care Products-BV<br>10055 S. 76th Ave.<br>Bridgeview IL 60455 | $461.00 |
| Advocate Lutheran General Hospital<br>1775 Dempster Street<br>Park Ridge IL 60068 | $1,303.00 |
| NorthShore University Health<br>9532 Eagle Way<br>Chicago IL 60678 | $400.00 |
| NorthShore University Health System<br>c/o Medical Business Bureau, LLC<br>1175 Devin Dr., Ste 173<br>Norton Shores MI 49441 | $300.00 |
| Northshore University Health/ENH<br>c/o Van Ru Credit Corp.<br>1350 E. Touhy Ave., Suite 100E<br>Des Plaines IL 60018 | $400.00 |
| Park Ridge Anesthesiology<br>PO Box 1123<br>Jackson MI 49204-1123 | $663.00 |