B18J (Official Form 18J) (12/07)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 10–46631**
**Chapter 7**

In re: Debtors (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony Mondragon | Lisa Grimshaw |
| 5215 N. Mason Ave | aka Lisa Mondragon |
| Chicago, IL 60630 | 5215 N. Mason Ave |
| | Chicago, IL 60630 |

Social Security / Individual Taxpayer ID No.:
  xxx–xx–6736                                        xxx–xx–2093

Employer Tax ID / Other nos.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge, **IT IS ORDERED:** The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: <u>August 30, 2011</u>                    <u>Kenneth S. Gardner, Clerk</u>
                                                 United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18J (Official Form 18J) (12/07) – Cont.

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Northern District of Illinois

In re:                                                            Case No. 10-46631-JBS
Anthony Mondragon                                                 Chapter 7
Lisa Grimshaw
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: admin                 Page 1 of 2              Date Rcvd: Aug 30, 2011
                              Form ID: b18                Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2011.
db/jdb       +Anthony Mondragon,    Lisa Grimshaw,    5215 N. Mason Ave.,    Chicago, IL 60630-1122
aty          +David M Siegel,    David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL 60090-6005
16294694     +AT&T,   c/o: CCA,    700 Lonwater Drive,    Norwell, MA 02061-1624
17470521     +Advocate Home Care Products-BV,    10055 S 76th Ave.,    Bridgeview, IL 60455-2443
17470522     +Advocate Lutheran General Hospital,    1775 Dempster Street,    Park Ridge, IL 60068-1174
16294695      BK of Amer,    4060 Ogletown/Stanton Rd.,    Newark, DE 19713
16294702      CRDT FIRST,    6275 Eastland Rd.,   Brook Park, OH 44142-1399
16344652     +CarMax Auto Finance,    Bankruptcy Department,    P.O. Box 440609,    Kennesaw, GA 30160-9511
16294697     +Carmax Financial,    225 Chastain Meadows Court,    Kennesaw, GA 30144-5897
16294698     +Chase,    PO Box 24696,   Columbus, OH 43224-0696
16523093     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
16294700     +Chevet Mondragon,    6535 Illinois Ave.,    Hammond, IN 46323-1726
16509730     +HSBC Bank Nevada, N.A. (Best Buy Co., Inc.),    Bass & Associates, P.C.,
               3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
16848185    +++Illinois Bell Telephone Company,    % AT&T Services Inc.,    Attorney: James Grudus, Esq.,
               One AT&T Way, Room 3A218,    Bedminster, NJ 07921-2693
16294707     +JRSI, Inc.,    c/o Steven Fink & Assoc.,    421 N. Northwest Hwy., #201(a),
               Barrington, IL 60010-6020
17470523     +NorthShore University Health,    9532 Eagle Way,    Chicago, IL 60678-1095
17470524     +NorthShore University Health System,    c/o Medical Business Bureau LLC,    1175 Devin Dr Ste 173,
               Norton Shores, MI 49441-6079
17470525     +Northshore University Health/ENH,    c/o Van Ru Credit Corp,    1350 E Touhy Ave Suite 100E,
               Des Plaines, IL 60018-3337
17316283     +Northshore University Healthsystems,    c/o Pinnacle Management Services,
               514 Market Loop Suite 103,    West Dundee, IL 60118-2181
17470526     +Park Ridge Anesthesiology,    PO Box 1123,    Jackson, MI 49204-1123
16411645     +TARGET NATIONAL BANK,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
16294716     +Wells Fargo Financial,    c/o ZenithACQ,    170 North Pointe Parkway, Ste 300,
               Amherst, NY 14228-1992
16551004     +Zenith Acquisition Corp,    170 Northpointe Pkwy,    Suite 300,    Amherst, NY 14228-1992

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QAJMAXWELL.COM Aug 31 2011 03:08:00     Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,
               105 West Adams Street,    Suite 3200,   Chicago, IL 60603-6209
17422855     +EDI: ATLASACQU.COM Aug 31 2011 03:08:00     Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
16294696      EDI: CAPITALONE.COM Aug 31 2011 03:08:00     Cap One,    Po Box 85015,   Richmond, VA 23285
16510568      EDI: CAPITALONE.COM Aug 31 2011 03:08:00     Capital One Bank (USA), N.A.,
               by American Infosource Lp As Agent,    PO Box 71083,    Charlotte, NC 28272-1083
16294699     +EDI: CHASE.COM Aug 31 2011 03:08:00     Chase,    201 N. Walnut St/DE1-1027,
               Wilmington, DE 19801-2920
16471865      EDI: CHASE.COM Aug 31 2011 03:08:00     Chase Bank USA, N.A.,    PO Box 15145,
               Wilmington, DE 19850-5145
16294701      EDI: CITICORP.COM Aug 31 2011 03:08:00     Citi,    c/o Citi Corp.,   PO Box 6500,
               Sioux Falls, SD 57117-6500
16633517     +EDI: CRFRSTNA.COM Aug 31 2011 03:08:00     Credit First National Association,    Po Box 818011,
               Cleveland, OH 44181-8011
16294704      EDI: DISCOVER.COM Aug 31 2011 03:08:00     DISCOVER CD,    PO BOX 15316,    Wilmington, DE 19850
16294703      EDI: DISCOVER.COM Aug 31 2011 03:08:00     Discover,    P.O. Box 15316,    Wilmington, DE 19850
16342655     +EDI: TSYS2.COM Aug 31 2011 03:08:00     Department Stores National Bank/Macy’s,
               Bankruptcy Processing,    PO Box 8053,    Mason, OH 45040-8053
16312440      EDI: DISCOVER.COM Aug 31 2011 03:08:00     Discover Bank,    Dfs Services LLC,    PO Box 3025,
               New Albany, OH 43054-3025
17316282     +EDI: ECMC.COM Aug 31 2011 03:08:00     ECMC,    PO Box 64909,   Saint Paul, MN 55164-0909
16425249     +EDI: BANKAMER.COM Aug 31 2011 03:08:00     Fia Card Services, NA As Successor In Interest to,
               Bank of America NA and Mbna America Bank,    1000 Samoset Drive,    DE5-023-03-03,
               Newark, DE 19713-6000
16850181      EDI: RMSC.COM Aug 31 2011 03:08:00     GE Money Bank,    c/o Recovery Management Systems Corporat,
               25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16294705      EDI: RMSC.COM Aug 31 2011 03:08:00     Gemb/JCP,    PO Box 981402,    El Paso, TX 79998-1402
16294706     +EDI: HFC.COM Aug 31 2011 03:08:00     HSBC/Best Buy,    1405 Foulk Rd.,
               Wilmington, DE 19803-2769
16294708     +EDI: CBSKOHLS.COM Aug 31 2011 03:08:00     Kohl/Chase,    PO Box 3115,    Milwaukee, WI 53201-3115
16841650      EDI: RESURGENT.COM Aug 31 2011 03:08:00     LVNV Funding LLC,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
16294709     +EDI: RESURGENT.COM Aug 31 2011 03:08:00     LVNVFUNDG,    PO Box 10584,
               Greenville, SC 29603-0584
16294710     +EDI: TSYS2.COM Aug 31 2011 03:08:00     MACYSDSNB,    9111 Duke Blvd.,    Mason, OH 45040-8999
16669776      EDI: PRA.COM Aug 31 2011 03:08:00     Portfolio Recovery Associates, LLC,    PO Box 41067,
               Norfolk VA 23541
```

```
District/off: 0752-1           User: admin              Page 2 of 2                     Date Rcvd: Aug 30, 2011
                               Form ID: b18             Total Noticed: 56

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
16674912       +EDI: PRA.COM Aug 31 2011 03:08:00      PRA Receivables Management, LLC,
                 As Agent Of Portfolio Recovery Assocs.,    c/o Sears Gold Mastercard,   POB 41067,
                 Norfolk VA 23541-1067
16595628       +EDI: PRA.COM Aug 31 2011 03:08:00      PRA Receivables Management, LLC,
                 As Agent Of Portfolio Recovery Assocs.,    c/o Jc Penney,   POB 41067,   Norfolk VA 23541-1067
16294711       +E-mail/Text: ebn@vativrecovery.com Aug 31 2011 03:42:04      Palisades,   210 Sylvan Ave,
                 Englewood Cliffs, NJ 07632-2510
16538706       +E-mail/Text: ebn@vativrecovery.com Aug 31 2011 03:42:04      Palisades Collections, LLC,
                 Vativ Recovery Solutions LLC,    As Agent For Palisades Collections, LLC,   PO Box 19249,
                 Sugar Land TX 77496-9249
16678113       +EDI: PRA.COM Aug 31 2011 03:08:00      Pra Receivables Management, LLC,
                 As Agent Of Portfolio Recovery Assocs.,    c/o Shell,   POB 41067,   Norfolk VA 23541-1067
16294712       +EDI: SEARS.COM Aug 31 2011 03:08:00      Sears/Citi,   8725 W. Sahara Ave.,
                 The Lakes, NV 89163-0001
16294713        EDI: CITICORP.COM Aug 31 2011 03:08:00      Shell/Citi,   PO Box 6497,
                 CITIBANK CREDIT BUREAU DISPUTE,    Sioux Falls, SD 57117-6497
16294714       +EDI: WTRRNBANK.COM Aug 31 2011 03:08:00      Target NB,   PO Box 673,   Minneapolis, MN 55440-0673
16294715       +EDI: CITICORP.COM Aug 31 2011 03:08:00      UNVL/Citi,   8787 Baypines,
                 Jacksonville, FL 32256-8528
16294717       +EDI: WFNNB.COM Aug 31 2011 03:08:00      WFNNB/Avenue,   PO Box 29185,
                 Shawnee Mission, KS 66201-9185
16294718       +EDI: WFNNB.COM Aug 31 2011 03:08:00      WFNNB/VS,   PO Box 182128,   Columbus, OH 43218-2128
16294716       +EDI: ZENITHACQ.COM Aug 31 2011 03:08:00      Wells Fargo Financial,   c/o ZenithACQ,
                 170 North Pointe Parkway, Ste 300,    Amherst, NY 14228-1992
16551004       +EDI: ZENITHACQ.COM Aug 31 2011 03:08:00      Zenith Acquisition Corp,   170 Northpointe Pkwy,
                 Suite 300,   Amherst, NY 14228-1992
                                                                                              TOTAL: 35

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 01, 2011**               **Signature:**   *Joseph Speetjens*